**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6877**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ABDUL WAHAB KHAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:19-cr-00019-AJT-1)

Submitted:  October 17, 2024                    Decided:  November 4, 2024

Before WYNN, HEYTENS, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Abdul Wahab Khan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul Wahab Khan appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Khan*, No. 1:19-cr-00019-AJT-1 (E.D. Va. Aug. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
